**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:26 CR 0012-PPS/JEM |
| | ) | |
| MILSON CANELAS MARADIAGA | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Milson Canelas Maradiaga's decision to plead guilty to the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 6, 9.]  Following a hearing held on the record on March 5, 2026 [DE 9], Judge Martin found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to the indictment charging him with conspiracy to commit bank fraud, in violation of 8 U.S.C. § 1349.  Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Milson Canelas Maradiaga's plea of guilty, the Court hereby ADOPTS the findings and recommendation [DE 9] in their entirety.

Defendant, Milson Canelas Maradiaga, is adjudged GUILTY of the indictment. The sentencing hearing is HEREBY SET for July 6, 2026, at 10:00 a.m. Hammond/Central time.

ENTERED: March 25, 2026.

 /s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

2